**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CAROLINE NARDINO, on behalf of herself and
all others similarly situated,

                 Plaintiff,

        - against -                               **JUDGMENT**
                                                                CV 17-3772 (ADS) (AKT)

CREDIT CONTROL, LLC,

                 Defendant.
----------------------------------------------------------------X

      An Adoption Order of the Honorable Arthur D. Spatt, United States District Judge, having been filed on April 10, 2019; adopting in its entirety the March 26, 2019 Report and Recommendation of United States Magistrate Judge A. Kathleen Tomlinson; denying the Defendant's motion to strike; granting the Defendant's motion to dismiss; denying the Plaintiff's motion for class certification as moot; and respectfully directing the Clerk of the Court to close the case, it is

      **ORDERED AND ADJUDGED** that the Plaintiff Caroline Nardino take nothing of the Defendant Credit Control, LLC.; that the Defendant's motion to strike is denied; that the Defendant's motion to dismiss is granted; that the Plaintiff's motion for class certification is denied as moot; and that this case is closed.

Dated:  Central Islip, New York
          April 12, 2019

                                                                     DOUGLAS C. PALMER
                                                                   CLERK OF THE COURT

                                                    By:    /s/ James J. Toritto
                                                                 Deputy Clerk